Sara B. Allman, Esq. CSB #107932
ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700
Facsimile: 415.461.2726
E-Mail: all-niel@comcast.net

Attorney for Defendants
SPI COMMERCE PARK, LP AND SPI IH II, LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE BROWN-BOOKER,<br><br>　　　　　Plaintiff,<br>　　vs.<br>FOREVER 21 RETAIL, INC.; SPI COMMERCIAL PARK, LP, SPI IH II, LP; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: C12-6565 MEJ<br><br>**SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER** |

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER
-1-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

Defendants SPI COMMERCE PARK, LP and SPI IH II, LP hereby substitute Sara B. Allman, CSB #107932, of ALLMAN & NIELSEN, P.C. as defendants' attorneys of record in place of John Marshall Collins. The new address of record is 100 Larkspur Landing Circle, Suite 212, Larkspur, California 94939, telephone (415) 461-2700.

The undersigned consent to the above substitution.

Dated: 4/22/13

SPI Commerce Park, LP, a California limited partnership

By: SPI Holdings, LLC, its general partner

_____
By: Dennis J. Wong, Manager


SPI IH II, LP, a California limited partnership

By: SPI-DR, INC., its general partner

_____
By: Dennis J. Wong, Manager


JOHN MARSHALL COLLINS, P.C.

Dated: _____          _____
                                John Marshall Collins, Esq.


The undersigned accepts the above substitution.

Dated: 4/25/13                  ALLMAN & NIELSEN, P.C.

                                By: _____
                                Sara B. Allman, Esq.
                                Attorneys for Defendants
                                SPI COMMERCE PARK, LP
                                and SPI IH II, LP

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER
-2-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone 415.461.2700 Facsimile: 415.461.2726

Defendants SPI COMMERCE PARK, LP and SPI IH II, LP hereby substitute Sara B. Allman, CSB #107932, of ALLMAN & NIELSEN, P.C. as defendants' attorneys of record in place of John Marshall Collins. The new address of record is 100 Larkspur Landing Circle, Suite 212, Larkspur, California 94939, telephone (415) 461-2700.

The undersigned consent to the above substitution.

Dated: _____

        SPI Commerce Park, LP, a California limited partnership

        By: SPI Holdings, LLC, its general partner

        _____
        By: Dennis J. Wong, Manager

        SPI IH II, LP, a California limited partnership

        By: SPI-DR, INC., its general partner

        _____
        By: Dennis J. Wong, Manager

        JOHN MARSHALL COLLINS, P.C.

Dated: 4/19/13

        _____
        John Marshall Collins, Esq.

The undersigned accepts the above substitution.

Dated: _____        ALLMAN & NIELSEN, P.C.

        By: _____
        Sara B. Allman, Esq.
        Attorneys for Defendants
        SPI COMMERCE PARK, LP
        and SPI IH II, LP

1
2
## ORDER

3   The foregoing substitution of attorneys is authorized by the Court.

4   IT IS SO ORDERED.

5   Dated: April 29, 2013

6   Maria-Elena James
7   UNITED STATES MAGISTRATE JUDGE

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER
-3-

ALLMAN & NIELSEN P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone 415.461.2700 Facsimile 415.461.2726