Sara B. Allman, Esq. CSB #107932
.ALLMAN & NIELSEN, P.C. .
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700
Facsimile: 415.461.2726
E-Mail: all-niel@comcast.net

Attorney for Defendants
SPI COMMERCE PARK, LP AND SPI IH II, LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NICOLE BROWN-BOOKER, | Case No.: C12-6565 MEJ |
|---|---|
| Plaintiff, | **SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER** |
| vs. | |
| FOREVER 21 RETAIL, INC.; SPI COMMERCIAL PARK, LP, SPI IH II, LP; and DOES 1-10, inclusive, | |
| Defendants. | |

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER
-1-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

1     Defendants SPI COMMERCE PARK, LP and SPI IH II, LP hereby substitute Sara B. Allman, CSB #107932, of ALLMAN & NIELSEN, P.C. as defendants' attorneys of record in place of John Marshall Collins. The new address of record is 100 Larkspur Landing Circle, Suite 212, Larkspur, California 94939, telephone (415) 461-2700.

    The undersigned consent to the above substitution.

Dated: 4/22/13

                                      SPI Commerce Park, LP, a California limited partnership

                                      By: SPI Holdings, LLC, its general partner

                                      By: Dennis J. Wong, Manager

                                      SPI IH II, LP, a California limited partnership

                                      By: SPI-DR, INC., its general partner

                                      By: Dennis J. Wong, Manager

                                      JOHN MARSHALL COLLINS, P.C.

Dated: _____

                                      John Marshall Collins, Esq.

    The undersigned accepts the above substitution.

Dated: 4/25/13                         ALLMAN & NIELSEN, P.C.

                                      By: _____
                                      Sara B. Allman, Esq.
                                      Attorneys for Defendants
                                      SPI COMMERCE PARK, LP
                                      and SPI IH II, LP

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER
-2-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone 415.461.2700 Facsimile: 415.461.2726

Defendants SPI COMMERCE PARK, LP and SPI IH II, LP hereby substitute Sara B. Allman, CSB #107932, of ALLMAN & NIELSEN, P.C. as defendants' attorneys of record in place of John Marshall Collins. The new address of record is 100 Larkspur Landing Circle, Suite 212, Larkspur, California 94939, telephone (415) 461-2700.

The undersigned consent to the above substitution.

Dated: _____

SPI Commerce Park, LP, a California limited partnership

By: SPI Holdings, LLC, its general partner

_____
By: Dennis J. Wong, Manager

SPI IH II, LP, a California limited partnership

By: SPI-DR, INC., its general partner

_____
By: Dennis J. Wong, Manager

JOHN MARSHALL COLLINS, P.C.

Dated: 4/19/13

_____
John Marshall Collins, Esq.

The undersigned accepts the above substitution.

Dated: _____                    ALLMAN & NIELSEN, P.C.

By: _____
Sara B. Allman, Esq.
Attorneys for Defendants
SPI COMMERCE PARK, LP
and SPI IH II, LP

## ORDER

The foregoing substitution of attorneys is authorized by the Court.

IT IS SO ORDERED.

Dated: April 29, 2013

_____
Maria-Elena James
UNITED STATES MAGISTRATE JUDGE

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER

-3-

ALLMAN & NIELSEN P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone 415.461.2700 Facsimile 415.461.2726