| | |
|---|---|
| 1 | STEVEN N. HOLLAND /CA SB # 132321 |
| | JUSTIN J. SCHNITZLER /CA SB # 240966 |
| 2 | **RING HUNTER HOLLAND & SCHENONE, LLP** |
| | 985 Moraga Road, Suite 210 |
| 3 | Lafayette, CA  94549 |
| | Telephone:     (925) 226-8248 |
| 4 | Facsimile:      (925) 775-1943 |
| | sholland@rhhslaw.com |
| 5 | jschnitzler@rhhslaw.com |
| 6 | Attorneys for Defendants |
| | SPI COMMERCE PARK, LP and SPI IH II, LP |

### UNITED STATES DISTRICT COURT

### IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NICOLE BROWN-BOOKER, | Case No.: C 12-06565 MEJ |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER THEREON** |
| FOREVER 21 RETAIL, INC.; SPI COMMERCIAL PARK, LP, SPI IH II, LP; and DOES 1 – 10, inclusive, | |
| Defendants. | |
| | **BEFORE THE HON. MARIA-ELENA JAMES (U.S. MAGISTRATE JUDGE)** |

RING HUNTER
HOLLAND &
SCHENONE, LLP

1 Defendants SPI COMMERCE PARK, LP, erroneously named and sued as "SPI
2 COMMERCIAL PARK, LP," and SPI IH II, LP hereby substitute attorney Steven N. Holland
3 (CSB #132321) and attorney Justin J. Schnitzler, (CSB # 240966) of RING HUNTER HOLLAND &
4 SCHENONE, LLP as these defendants' attorneys of record instead and in place of Sara B. Allman
5 of Allman & Neilsen, P.C. Defendants' counsel's new address of record is as follows:

6   RING HUNTER HOLLAND & SCHENONE, LLP
    985 Moraga Road, Suite 210
7   Lafayette, CA 94549
    Telephone:   (925) 226-8248
8   Email:       sholland@rhhslaw.com; jschnitzler@rhhslaw.com

9 The undersigned each consent to this substitution of attorney.

10 Dated: August 2} 2013              SPI COMMERCE PARK, LP, a California limited partnership
                                      BY: SPI HOLDINGS, LLC, its general partner
11
12                                    By: _____
13                                        Dennis J. Wong, Manager

14 Dated: August 2? 2013              SPI IH II, LP, a California limited partnership
                                      BY: SPI-DR, INC., its general partner
15
16                                    By: _____
17                                        Dennis J. Wong, Manager

18 Dated: August 22, 2013             ALLMAN & NEILSON, P.C.

19                                    By: _____
20                                        Sara B. Allman, Esq.

21 The undersigned accepts this substitution.

22 Dated: August 22, 2013             RING HUNTER HOLLAND & SCHENONE, LLP
23
24                                    _____
                                      Steven N. Holland, SBN 132321
25                                    Attorneys for Defendants SPI COMMERCE PARK, LP and
                                      SPI IH II, LP
26
27
28

RING HUNTER
HOLLAND &
SCHENONE, LLP

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER THEREON

1 | **ORDER**

2 | The foregoing substitution of attorneys is accepted and authorized by this Court.

3 | It is so **ORDERED**.

4 | Dated: AUGUST 22, 2013

_____
The Honorable Maria-Elena James
UNITED STATES MAGISTRATE JUDGE

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER THEREON

RING HUNTER
HOLLAND &
SCHENONE, LLP