```
 1  STEVEN N. HOLLAND /CA SB # 132321
    JUSTIN J. SCHNITZLER /CA SB # 240966
 2  RING HUNTER HOLLAND & SCHENONE, LLP
    985 Moraga Road, Suite 210
 3  Lafayette, CA  94549
    Telephone:    (925) 226-8248
 4  Facsimile:    (925) 775-1943
    sholland@rhhslaw.com
 5  jschnitzler@rhhslaw.com

 6  Attorneys for Defendants
    SPI COMMERCE PARK, LP and SPI IH II, LP
 7
```

## UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NICOLE BROWN-BOOKER,<br><br>         Plaintiff,<br>vs.<br><br>FOREVER 21 RETAIL, INC.;<br>SPI COMMERCIAL PARK, LP,<br>SPI IH II, LP; and DOES 1 – 10, inclusive,<br><br>         Defendants. | Case No.: C 12-06565 MEJ<br><br>**SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER THEREON**<br><br><br>**BEFORE THE HON. MARIA-ELENA JAMES (U.S. MAGISTRATE JUDGE)** |

RING HUNTER
HOLLAND &
SCHENONE, LLP

1  Defendants SPI COMMERCE PARK, LP, erroneously named and sued as "SPI
2  COMMERCIAL PARK, LP," and SPI IH II, LP hereby substitute attorney Steven N. Holland
3  (CSB #132321) and attorney Justin J. Schnitzler, (CSB # 240966) of RING HUNTER HOLLAND &
4  SCHENONE, LLP as these defendants' attorneys of record instead and in place of Sara B. Allman
5  of Allman & Neilsen, P.C. Defendants' counsel's new address of record is as follows:

   RING HUNTER HOLLAND & SCHENONE, LLP
   985 Moraga Road, Suite 210
   Lafayette, CA 94549
   Telephone:  (925) 226-8248
   Email:      sholland@rhhslaw.com; jschnitzler@rhhslaw.com

9  The undersigned each consent to this substitution of attorney.

10  Dated: August 21, 2013           SPI COMMERCE PARK, LP, a California limited partnership
                                     BY: SPI HOLDINGS, LLC, its general partner

12                                   By: _____
                                         Dennis J. Wong, Manager

14  Dated: August 22, 2013           SPI IH II, LP, a California limited partnership
                                     BY: SPI-DR, INC., its general partner

16                                   By: _____
                                         Dennis J. Wong, Manager

17  Dated: August 22, 2013           ALLMAN & NEILSON, P.C.

19                                   By: _____
                                         Sara B. Allman, Esq.

21  The undersigned accepts this substitution.

22  Dated: August 22, 2013           RING HUNTER HOLLAND & SCHENONE, LLP

                                     _____
                                     Steven N. Holland, SBN 132321
                                     Attorneys for Defendants SPI COMMERCE PARK, LP and
                                     SPI IH II, LP

RING HUNTER
HOLLAND &
SCHENONE, LLP

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER THEREON

## ORDER

The foregoing substitution of attorneys is accepted and authorized by this Court.

It is so **ORDERED**.

Dated: AUGUST 22, 2013

_____
The Honorable Maria-Elena James
UNITED STATES MAGISTRATE JUDGE

RING HUNTER
HOLLAND &
SCHENONE, LLP

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER THEREON